UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIAR CHING CONCEPCION,

Petitioner,

Case No. 2:26-cv-2316-KCD-KRH

v.

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.

______________________________/

**ORDER**

Petitioner Eliar Ching Concepcion has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) This is his fifth petition. The last petition was denied after the Court found he had impeded removal efforts to Mexico. *See* 2:26-CV-2212-KCD-NPM.

Petitioner now says he is afraid to go to Mexico and has severe medical problems that won't be treated in Mexico (Doc. 1 at 8.) The Immigration and Nationality Act does not leave an individual without recourse if he objects to his designated destination. The statute provides a framework for contesting removal to a specific third country. *See* 8 U.S.C. § 1231(b). But nowhere in his petition (or prior petitions) does Concepcion allege—let alone offer evidence to show—that he has formally challenged his proposed removal to Mexico.

Instead, he apparently dug in his heels and refused to physically depart the United States, as recently as last month. Under 8 U.S.C. § 1231(a)(1)(C), the removal clock stops ticking if an alien refuses to cooperate in obtaining travel documents. It also tolls if the alien "conspires or acts to prevent [his] removal." *Id.* Because it appears Concepcion bypassed the proper legal channels to contest his destination, and the Government represents that he can be removed to Mexico, the Court accepts that he is legally subject to this third-country removal. The petition does nothing to dispute the Court's rulings on his prior petitions that he is subject to removal proceedings.

Consequently, the habeas petition is **DENIED WITHOUT PREJUDICE** to Concepcion refiling a new petition should his current detention be unimpeded and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on August 18, 2026.

Kyle C. Dudek
United States District Judge